IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALLEN STOWERS,

          Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.

No. : 3:13-CV-05426-RS

**ORDER**

This case was closed when judgment was entered in favor of all defendants and against plaintiff Allen Stowers on April 28, 2014. (ECF No. 34). On May 16, 2014, nearly three weeks after his case was terminated, Mr. Stowers lodged an amended complaint. (ECF No. 36). The amended complaint explains that, due to his eviction, Mr. Stowers did not receive notice of the court's prior order allowing him thirty days to amend his deficient complaint. (*See* Order Granting Motion to Dismiss with Leave to Amend, March 25, 2014, ECF No. 31).

Because this case is already closed, Mr. Stowers is hereby advised that no further action will be taken on his amended complaint. This does not preclude his filing an appeal with the United States Court of Appeals for the Ninth Circuit. Indeed, Mr. Stowers already lodged a notice of appeal and sought leave to proceed in forma pauperis on appeal. (*See* ECF Nos. 33 and 34). The

latter request was granted on April 28, 2014.  (ECF No. 35).  If Mr. Stowers wishes to litigate the merits of his case any further, he must do so on appeal.

IT IS SO ORDERED.

Dated: 5/28/14

RICHARD SEEBORG

UNITED STATES DISTRICT JUDGE